IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-12-771 |
| | § § § | |
| LAWRENCE CHARLES CURRY | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 36). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 18, 2013 |
| Responses are to be filed by: | December 2, 2013 |
| Pretrial conference is reset to**:** | **December 9, 2013 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 16, 2013 at 9:00 a.m.** |

SIGNED on August 27, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge